UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BRYNING,<br><br>           Plaintiff,<br><br>    v.<br><br>FCA US LLC,<br><br>           Defendant. | Case No. 20-cv-04920-JSW<br><br>**ORDER TO DEFENDANT TO SHOW CAUSE REGARDING NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br>Re: Dkt. No. 18 |

On November 20, 2020, Defendant made a Rule 68 offer of judgment, which stated it would be withdrawn if not accepted within fourteen (14) days after it was served. Plaintiff filed a notice of acceptance on December 18, 2020. Because there is no proof of service attached to Defendant's notice, Defendant is HEREBY ORDERED to show cause whether it objects to the Court entering Plaintiff's proposed judgment. Defendant's response to this Order to Show Cause shall be due by January 11, 2021.

**IT IS SO ORDERED.**

Dated: January 4, 2021

_____
JEFFREY S. WHITE
United States District Judge